# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:04CR93-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOHN WESLEY BLACKMON, JR.) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing pursuant to the instructions contained therein. *See, United States v. Blackmon,* **2006 WL 1308636 (4th Cir. 2006).**

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for resentencing on **THURSDAY, AUGUST 10, 2006, AT 10:00 AM**, at the U.S. Courthouse in **BRYSON CITY**, North Carolina.

**IT IS FURTHER ORDERED** that the Federal Defender appoint counsel to represent the Defendant at resentencing. A revised presentence report is not necessary for this hearing.

**IT IS FURTHER ORDERED** that the United States Marshal make arrangements to have the Defendant transported from his place of

incarceration to the hearing and return him thereto after resentencing. The United States Marshal shall ensure that the Defendant arrives in this District prior to the hearing date in order that he may be afforded adequate opportunity to confer with counsel in preparation for the resentencing hearing.

The Clerk of Court is directed to transmit a copy of this Order electronically to defense counsel, the United States Attorney, the United States Marshal, and the United States Probation Office, and a copy to the Defendant by United States Mail.

**IT IS FURTHER ORDERED** that the United States Marshal notify the Clerk's Office upon receipt of this Order.

Signed: June 13, 2006

Lacy H. Thornburg
United States District Judge