IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:07CV16-1-T
(2:04CR93)

| | |
|---|---|
| JOHN WESLEY BLACKMON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's motion for an extension of time in which to file a motion for a certificate of appealability.[1] **Petitioner's Motion for Extension of Time, filed September 4, 2008.**

"When the United States . . . is a party, the notice of appeal may be filed by any party within 60 days after the judgment or order appealed from is entered." **Fed. R. App. P. 4(a)(1)(B).** The Judgment herein was entered

---

[1] Because there is no statutory authority for the Court to extend time for filing a motion for a certificate of appealability, the Court is construing Petitioner's motion as one for an extension of time in which to file notice of appeal.

2

by the Court on July 23, 2008; therefore, Petitioner's notice of appeal must be filed before September 21, 2008.[2]

> The district court may extend the time to file a notice of appeal if . . . regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause. . . .  No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 10 days after the date when the order granting the motion is entered, whichever is later.

**Fed. R. App. P. 4(a)(5)(A) & (C).**

Petitioner advises that the prison facility where he is located was on "institutional lockdown" until August 27, 2008, and the law library was unavailable for inmate use.  **Petitioner's Motion at 2.**  Because he was unable to use the law library, he was prevented from filing a timely notice of appeal.  *Id*.  He states the prison facility has now "regained normal operations," and the law library is accessible.  *Id*.  The Court finds the Petitioner has demonstrated good cause to extend the deadline for filing a notice of appeal an additional 30 days.

---

[2] Because September 21, 2008, fell on a Sunday, Petitioner's notice of appeal was due to be filed Monday, September 22, 2008.  **See Fed. R. Civ. P. 6(a)(3) ("Include the last day of the period unless it is a Saturday, Sunday, [or] legal holiday[.] . . .  When the last day is excluded, the period runs until the end of the next day that is not a Saturday, Sunday, [or] legal holiday[.]").**

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion is **ALLOWED**, and he has 30 days from and after September 22, 2008, in which to file a notice of appeal.

Signed: September 23, 2008

Lacy H. Thornburg
United States District Judge